UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                  §
                                        §
                                        §
SUBSITS, PAULA                          §        Case No. 11-06400
                                        §
                                        §
          Debtor                        §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 179,950.00 *(Without deducting any secured claims)* | Assets Exempt: 54,222.00 |
| Total Distributions to Claimants: 30,520.72 | Claims Discharged Without Payment: 287,307.54 |
| Total Expenses of Administration: 51,979.28 | |

3) Total gross receipts of $ 82,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 82,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 223,163.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 51,979.28 | 51,979.28 | 51,979.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,706.25 | 53,959.00 | 53,959.00 | 30,520.72 |
| **TOTAL DISBURSEMENTS** | $ 263,869.26 | $ 105,938.28 | $ 105,938.28 | $ 82,500.00 |

4) This case was originally filed under chapter 7 on 02/08/2011 . The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2016        By:/s/BARRY A. CHATZ
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Beneficial interest in land trust holding property at 3426 | 1210-000 | 82,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 82,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage PO Box 78420 Phoenix, AZ 85062-8420 | | 186,990.19 | NA | NA | 0.00 |
| | First American Loan 6200 W.95th Street Oak Lawn, IL 60453 | | 21,225.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 790179 Saint Louis, MO 63179 | | 14,947.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 223,163.01** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 7,375.00 | 7,375.00 | 7,375.00 |
| BARRY A. CHATZ | 2200-000 | NA | 138.30 | 138.30 | 138.30 |
| Adams-Levine | 2300-000 | NA | 36.84 | 36.84 | 36.84 |
| The Bank of New York Mellon | 2600-000 | NA | 433.61 | 433.61 | 433.61 |
| Union Bank | 2600-000 | NA | 267.01 | 267.01 | 267.01 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| Millennium Properties R/E | 2990-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| ARNSTEIN & LEHR LLP | 3110-000 | NA | 38,821.00 | 38,821.00 | 38,821.00 |
| ARNSTEIN & LEHR LLP | 3120-000 | NA | 1,647.52 | 1,647.52 | 1,647.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 51,979.28** | **$ 51,979.28** | **$ 51,979.28** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096 | | 2,755.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | 1,352.00 | NA | NA | 0.00 |
| | Citi PO Box 44195 Jacksonville, FL 32231 | | 23,291.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Felt & Lukes LLC 555 S. Industrial Drive Suite 10 Hartland, WI 53029 | | 191.00 | NA | NA | 0.00 |
| | HSBC Retail Services PO Box 17264 Baltimore, MD 21297 | | 550.00 | NA | NA | 0.00 |
| | Kohl's PO Box 2983 Milwaukee, WI 53201-2983 | | 1,284.00 | NA | NA | 0.00 |
| | Macy's PO Box 689195 Des Moines, IA 50368-9195 | | 4,261.00 | NA | NA | 0.00 |
| | Saints Constantine & Helen Church Koraes Elementary School 11025 S. Roberts Rd. Palos Hills, IL 60465 | | 3,691.25 | NA | NA | 0.00 |
| | Sears Credit Card PO Box 183081 Columbus, OH 43218-3081 | | 2,102.00 | NA | NA | 0.00 |
| | Victoria's Secret PO Box 659728 San Antonio, TX 78265 | | 1,229.00 | NA | NA | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | NA | 3,522.83 | 3,522.83 | 1,992.61 |
| 4 | Capital One, N.A. | 7100-000 | NA | 1,472.41 | 1,472.41 | 832.84 |
| 6 | First American Bank | 7100-000 | NA | 20,846.48 | 20,846.48 | 11,791.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,672.85 | 2,672.85 | 1,511.84 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 24,134.65 | 24,134.65 | 13,651.23 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,309.78 | 1,309.78 | 740.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,706.25 | $ 53,959.00 | $ 53,959.00 | $ 30,520.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-06400 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SUBSITS, PAULA | | | | Date Filed (f) or Converted (c): | 02/08/2011 (f) |
| | | | | | 341(a) Meeting Date: | 04/01/2011 |
| For Period Ending: | 11/25/2016 | | | | Claims Bar Date: | 03/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate - 10944 S Lorel Avenue, Oak Lawn, IL 60453 | 174,000.00 | Unknown | | 0.00 | FA |
| 2. Checking account with Charter One Bank | 1,372.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings - Furniture, televisions, co | 200.00 | 0.00 | | 0.00 | FA |
| 4. Women's clothes, shoes, coats | 250.00 | 0.00 | | 0.00 | FA |
| 5. IRA, ERISA, Keogh or pension or profit sharing plans - State | 50,000.00 | 0.00 | | 0.00 | FA |
| 6. Vehicle - 2005 Cadillac CTS - Over 70,000 miles | 8,350.00 | 0.00 | | 0.00 | FA |
| 7. Beneficial interest in land trust holding property at 3426  (u) | 78,845.00 | 82,500.00 | | 82,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $313,017.00 | $82,500.00 | | $82,500.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Undisclosed asset discovered post-discharge; case re-opened to liquidate undisclosed asset; final income tax returns being prepared and upon conclusion of submission of final income tax returns, TFR will be prepared and submitted to UST for approval

RE PROP #     7  --  Value of property at time of filing of petition unknown.  Value of property as of filing of this amendment approximately $465,000.00.  Debtor's interest in property as of time of filing this amendment is approximately $78,845.00.

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-06400
Case Name: SUBSITS, PAULA
Taxpayer ID No: XX-XXX1713
For Period Ending: 11/25/2016

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0722
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9679 | Transfer of Funds | 9999-000 | $79,066.39 | | $79,066.39 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.70 | $79,024.69 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.71 | $78,910.98 |
| 10/28/15 | 400001 | Arnstein & Lehr LLP<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | Attorney for Trustee Fees (Trustee | 3110-000 | | $38,821.00 | $40,089.98 |
| 10/28/15 | 400002 | Arnstein & Lehr LLP<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | ATTORNEY EXPENSES | 3120-000 | | $1,647.52 | $38,442.46 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.60 | $38,330.86 |
| 02/17/16 | 400003 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium | 2300-000 | | $36.84 | $38,294.02 |
| 05/25/16 | 400004 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $7,513.30 | $30,780.72 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.    ($7,375.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.    ($138.30) | 2200-000 | | | |
| 05/25/16 | 400005 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $30,520.72 |

Page Subtotals:  $79,066.39   $48,545.67

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-06400 | Trustee Name: BARRY A. CHATZ | |
| Case Name: SUBSITS, PAULA | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0722 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1713 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/16 | 400006 | Quantum3 Group Llc As Agent For Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 56.56 % per court order. | | 7100-000 | | $740.85 | $29,779.87 |
| 05/25/16 | 400007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | | $15,163.07 | $14,616.80 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 2 representing a payment of 56.56 % per court order. | ($1,511.84) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 3 representing a payment of 56.56 % per court order. | ($13,651.23) | 7100-000 | | | |
| 05/25/16 | 400008 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 56.56 % per court order. | | 7100-000 | | $832.84 | $13,783.96 |
| 05/25/16 | 400009 | American Express Centurion Bank<br>Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 56.56 % per court order. | | 7100-000 | | $1,992.61 | $11,791.35 |
| 05/25/16 | 400010 | First American Bank<br>80 Stratford Drive<br>Bloomingdale, Il 60108 | Final distribution to claim 6 representing a payment of 56.56 % per court order. | | 7100-000 | | $11,791.35 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $79,066.39 | $79,066.39 |
| Less: Bank Transfers/CD's | $79,066.39 | $0.00 |
| Subtotal | $0.00 | $79,066.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $79,066.39 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $30,520.72 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-06400 | Trustee Name: BARRY A. CHATZ | |
| Case Name: SUBSITS, PAULA | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX9679 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1713 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/15 | 7 | Cozzi, Daniel & Demetra | LIQUIDATION OF REAL PROPERTY | 1210-000 | $82,500.00 | | $82,500.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.20 | $82,428.80 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $122.53 | $82,306.27 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.41 | $82,187.86 |
| 07/23/15 | 101 | Millennium Properties R/E<br>200 West Madison Street<br>36th Floor<br>Chicago, IL 60606 | SETTLEMENT CHARGES Professional Compensation for real estate appraisal | 2990-000 | | $3,000.00 | $79,187.86 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $121.47 | $79,066.39 |
| 08/21/15 | | Transfer to Acct # xxxxxx0722 | Transfer of Funds | 9999-000 | | $79,066.39 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $82,500.00 | $82,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $79,066.39 |
| Subtotal | $82,500.00 | $3,433.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $82,500.00 | $3,433.61 |

| | | |
|---|---|---|
| Page Subtotals: | $82,500.00 | $82,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0722 - Checking | $0.00 | $79,066.39 | $0.00 |
| XXXXXX9679 - Checking | $82,500.00 | $3,433.61 | $0.00 |
|  | $82,500.00 | $82,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $82,500.00 |
| Total Gross Receipts: | $82,500.00 |

Page Subtotals: $0.00 $0.00